**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

GEISY VALDES CABALLERO                                        Case No. 25-13393 LMI
   Debtor.                                                             Chapter 13
_____/

## NOTICE OF CONVERSION FROM A CHAPTER 13 CASE TO CHAPTER 7 CASE

     YOU ARE NOTIFIED that Debtor, GEISY VALDES CABALLERO, by and through undersigned counsel hereby file this her Notice to Convert Chapter 13 Bankruptcy case to Chapter 7 pursuant to 11 U.S.C. 1307(a) and Local Rule 1017-1.

     I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

     I HEREBY CERTIFY that on this __15th__ day of July, 2025 a true and correct copy of the above and foregoing was delivered by electronic notification to Nancy Neidich Trustee and to the creditors on the Court's creditor matrix.

                                                   Law Offices of Samir Masri
                                                   901 Ponce de Leon Blvd., Suite 101
                                                   Coral Gables, FL 33134
                                                   Tel (305) 445-3422

                                                   By:  __*s/ Samir Masri*__
                                                       Samir Masri, Esquire
                                                       FBN: 145513